## CHICAGO & SOUTHEASTERN RAILWAY COMPANY v. POTTS.

[No. 4,833.   Filed October 11, 1904.   Rehearing denied January 24, 1905.   Transfer denied April 6, 1905.]

From Parke Circuit Court; *A. F. White*, Judge.

Action by Emma S. Potts against the Chicago & Southeastern Railway Company. From a judgment for plaintiff for $1,334.50, defendant appeals. *Affirmed.*

*U. C. Stover* and *Harry Crawford*, for appellant.
*Elwood Hunt, D. P. Williams* and *John G. Williams*, for appellee.

COMSTOCK, J.—The questions presented in this case are decided in *Chicago, etc., R. Co.* v. *McEwen* (1905), *ante*, 251. By the measure of damages fixed in the appeal of said case appellee would be entitled to a judgment for an amount larger than that awarded by the trial court. She, however, having taken no exception, the judgment is affirmed upon the authority of said case.

## EVANSVILLE & TERRE HAUTE RAILROAD COMPANY v. KEVEKORDES.

[No. 4,557.   Filed April 18, 1905.]

From Posey Circuit Court; *O. M. Welborn*, Judge.

Action by Clem H. Kevekordes and another against the Evansville & Terre Haute Railroad Company. From a judgment for plaintiff for $1,000, defendant appeals. *Affirmed.*

*John E. Iglehart, Edwin Taylor* and *G. V. Menzies*, for appellant.
*J. E. Williamson* and *Andrew J. Clark*, for appellees.

PER CURIAM.—The facts involved in this case are the same, except as to the property injured, as were considered in *Evansville, etc., R. Co.* v. *McKinney* (1905), 34 Ind. App. 402, and upon the authority of that case the judgment herein is affirmed.